# Court of Appeals
# of the State of Georgia

ATLANTA,   October 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0055.  JERRY DEWAYNE MARTIN v. THE STATE.**

Jerry Dewayne Martin was convicted in 2006 of sexual battery, aggravated child molestation, enticing a child for indecent purposes, and child molestation. His convictions were affirmed in an unpublished opinion.  See *Martin v. State*, Case No. A07A0274, decided, May 22, 2007.  After the return of the remittitur, Martin filed a motion to quash indictment in which he sought to have his conviction reversed.  After the trial court denied the motion to quash, Martin filed an application for discretionary appeal in this Court. We lack jurisdiction.

When a criminal defendant's conviction has been affirmed on appeal, that conviction may only be reviewed again by means of filing an extraordinary motion for new trial or a petition for writ of habeas.  *Collins v. State*, 277 Ga. 586, 587 (591 SE2d 820) (2004).  Because Martin's right to appeal issues relating to his underlying conviction has lapsed and Martin otherwise has not raised any issue specific to the validity of his sentence, this Court lacks jurisdiction over his appeal.  See *Reynolds v. State*, 272 Ga. App. 91, 95 (3) (611 SE2d 750) (2005); *Daniels v. State*, 244 Ga. App. 522 (536 SE2d 206) (2000).

Moreover, Martin's application is untimely.  Martin filed this application for discretionary appeal on September 20, 2013, seeking review of the trial court's July 25, 2013, order denying his motion to quash indictment.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  Martin filed his application 57 days after entry of the order he seeks to appeal.  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in

compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/18/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*